## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Scott Dolemba

                            Plaintiff,

v.                                                         Case No.: 1:13–cv–07925
                                                                   Honorable Amy J. St. Eve

InSphere Insurance Solutions, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 25, 2014:

      MINUTE entry before the Honorable Susan E. Cox: Parties have informed the Court that they have reached a settlement and no longer need the assistance of the Court. Status hearing set for 12/3/2014 is stricken. Settlement conference set for 1/7/2015 at 1:00 p.m. is stricken. All matters relating to the referral of this action are resolved; case is returned to the assigned judge. Referral terminated. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.