# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SCOTT DOLEMBA, on behalf of plaintiff and the class defined below, ) ) ) ) Plaintiff, ) ) vs. ) ) INSPHERE INSURANCE SOLUTIONS, INC. ) and DAVID SCOTT TUCKER a.k.a. ) SCOTT TUCKER, ) ) Defendants. ) | Case No. 1:13-cv-07925<br><br>Honorable Judge St. Eve<br>Magistrate Judge Susan E. Cox |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendants with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

**PLAINTIFF**

SCOTT DOLEMBA

s/Rebecca A. Cohen
Rebecca A. Cohen
EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC
20 South Clark Street
Suite 1500
Chicago, IL 60603
(312) 739-4200
*Counsel for Plaintiff*

**DEFENDANTS**

INSPHERE INSURANCE SOLUTIONS, INC.

s/David S. Almeida
David S. Almeida
David Mitchell Poell
SHEPPARD MULLIN RICHTER &
HAMPTON, LLP
70 W. Madison St., 48th Floor
Chicago, Illinois 60602
(312) 499-6349

DAVID SCOTT TUCKER

s/ Donald Patrick Eckler

Donald Patrick Eckler
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, IL 60606
(312) 346 -1972

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I, Rebecca A. Cohen, hereby certify that on December 29, 2014, the foregoing document was filed electronically, and notification of such filing was served via the Court's CM/ECF system upon the following:

David S. Almeida
dalmeida@sheppardmullin.com

David M. Poell
dpoell@sheppardmullin.com

Fred R. Puglisi
fpuglisi@sheppardmullin.com

James J. Sipchen
jsipchen@pretzel-stouffer.com

Donald Patrick Eckler
deckler@pretzel-stouffer.com

                                            s/ Rebecca A. Cohen
                                            Rebecca A. Cohen